No. 90–7420. JAMES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7423. MOSBY *v.* MATTHEWS. C. A. 8th Cir. Certiorari denied.

No. 90–7433. HOLMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7434. TATE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7437. BASCARO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7445. FRYAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7448. EVANS *v.* HENMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 90–7451. AZAR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7454. NELSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7455. KELLY *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 90–7459. OCHOA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7466. WOLLMAN ET UX. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7468. SAVINOVICH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7475. BUNN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7479. RUDDOCK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7481. WEBBER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.